AO 106 (Rev. 04/10) Application for a Search Warrant

# UNITED STATES DISTRICT COURT
for the
District of Maryland

JAN 7 2015

In the Matter of the Search of
*(Briefly describe the property to be searched or identify the person by name and address)*

Target Electronic Devices listed in Attachment A currently held in law enforcement possesion

Case No. 15-0007SAG

## APPLICATION FOR A SEARCH WARRANT

I, a federal law enforcement officer or an attorney for the government, request a search warrant and state under penalty of perjury that I have reason to believe that on the following person or property *(identify the person or describe the property to be searched and give its location)*:
See Attachment A

located in the _____ District of _____Maryland_____, there is now concealed *(identify the person or describe the property to be seized)*:
See Attachment B

The basis for the search under Fed. R. Crim. P. 41(c) is *(check one or more)*:
- ☑ evidence of a crime;
- ☑ contraband, fruits of crime, or other items illegally possessed;
- ☑ property designed for use, intended for use, or used in committing a crime;
- ☐ a person to be arrested or a person who is unlawfully restrained.

The search is related to a violation of:

| Code Section | Offense Description |
|---|---|
| Title 18, U.S.C. § 2252A(a)(2) and (b)(1), 18 U.S.C. § 2252A (a)(5)(B) and (b)(2) | Receive and/or distribute child pornography or conspire to receive/distribute child pornography, possess or knowingly access with intent to view child pornography and conspire to engage in such activity |

The application is based on these facts:
See Affidavit

- ☑ Continued on the attached sheet.
- ☐ Delayed notice of _____ days (give exact ending date if more than 30 days: _____ ) is requested under 18 U.S.C. § 3103a, the basis of which is set forth on the attached sheet.

_____
*Applicant's signature*

Matthew J. Vilcek, FBI
*Printed name and title*

Sworn to before me and signed in my presence.

Date: Jan 7, 2015

_____
*Judge's signature*

City and state: Baltimore, Maryland

Stephanie A. Gallagher, US Magistrate Judge
*Printed name and title*